# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RODGER ORLIN EVANS,<br><br>          Petitioner,<br>   v.<br>NEVADA, STATE OF,<br><br>          Respondent. | Case No. 3:19-cv-00373-MMD-CBC<br><br>ORDER |

Petitioner Rodger Orlin Evans has submitted a 28 U.S.C. § 2254 habeas corpus petition (ECF No. 1-1). His application to proceed in forma pauperis (ECF No. 1) is granted. The Court has reviewed the Petition pursuant to Habeas Rule 4, and it is dismissed with leave to amend.

While Evans used a § 2254 habeas petition form, he has not filled it out completely. Based on the form and the documents he attaches it is not clear what grounds he wishes to raise. He may wish to raise each claim that he presented to the state courts on direct appeal and in his state postconviction habeas petition, but that is unclear. Thus, the Court will dismiss this Petition. Evans has leave to file an amended petition. He should fill the form out completely in order that the Court and Respondent can discern what claims he seeks to raise.

It is therefore ordered that Petitioner's application to proceed in forma pauperis (ECF No. 1) is granted.

It is further ordered that the Clerk detach and file the Petition (ECF No. 1-1).

It is further ordered that the Petition is dismissed with leave to amend.

1 | It is further ordered that the Clerk add Aaron D. Ford, Nevada Attorney General, as counsel for Respondents.

2 | It is further ordered that Petitioner may file an amended petition within 30 days of the date of this order.

3 | It is further ordered that if Petitioner fails to file an amended petition this action will be dismissed.

4 | It is further ordered that the Clerk send to Petitioner one copy of this Court's 28 U.S.C. § 2254 habeas corpus petition form.

DATED THIS 6th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE