# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODGER ORLIN EVANS, | Case No.: 3:19-cv-00373-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NEVADA, STATE OF, *et al.*, | |
| Respondents. | |

Petitioner Rodger Orlin Evans filed a petition under 28 U.S.C. § 2254 for writ of habeas corpus. (ECF No. 1-1.) Respondents have filed two motions for extension of time to file a response to the petition. (ECF Nos. 8, 9.) The Court finds good cause to grant the motion.

It is therefore ordered that Respondents' first and second motions for extension of time to file a response to the petition (ECF Nos. 8, 9) are both granted *nunc pro tunc*.

DATED THIS 6th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE